United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 16-11569-ref
Jeffrey C. Hogue Chapter 13
Tina L. Hogue
 Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4 User: Cathleen Page 1 of 1 Date Rcvd: Apr 05, 2017
 Form ID: 167 Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db/jdb +Jeffrey C. Hogue,   Tina L. Hogue,   403 Oak Grove Road,   Reading, PA 19601-1038
cr +BMW Financial Services NA, LLC,   P.O. Box 201347,   Arlington, TX 76006-1347
cr  Berks County Tax Claim Bureau,   2nd Flr., County Services Center,   633 Court St.,
    Reading, PA  19601-4300
cr +DITECH FINANCIAL LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr +Ditech Financial LLC FKA Green Tree Servicing LLC,   14841 Dallas Parkway, Suite 300,
    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Apr 06 2017 01:25:45
    Financial Services Vehicle Trust,   5550 Britton Parkway,   Hilliard, OH 43026-7456
cr  E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:32    Synchrony Bank,
    c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
    Miami, FL  33131-1605
 TOTAL: 2

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
 CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
   Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
 DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
 DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
 FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
 JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
   jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
 JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
 JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
 LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
 THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jeffrey C. Hogue and Tina L. Hogue

    Debtor(s)

Case No: 16–11569–ref

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

*RESCHEDULED HEARINGS*

Chapter 13 Plan Confirmation Hearing

–and–

Trustee's Motion to Dismiss Case for Failure to file a Business Certification, Monthly Operating Report, Plan Feasibility & Underfunded Failure to File Documents

    on: 5/18/17

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  4/5/17

Timothy B. McGrath
Clerk of Court