United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey C. Hogue
Tina L. Hogue
      Debtors

Case No. 16-11569-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: May 10, 2017
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
13727463        CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
      CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
      DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
      DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
      JILL MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11569-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeffrey C. Hogue<br>403 Oak Grove Road<br>Reading PA 19601 | Tina L. Hogue<br>403 Oak Grove Road<br>Reading PA 19601 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/09/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: CitiMortgage, Inc., PO Box 6030, Sioux Falls, SD 57117-6030

Name and Address of Transferee:

Ditech Financial LLC f/k/a Green Tree
Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/12/17

Tim McGrath
**CLERK OF THE COURT**