United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11569-ref
Jeffrey C. Hogue                                                Chapter 13
Tina L. Hogue
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen            Page 1 of 1           Date Rcvd: Jun 30, 2017
                              Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
db/jdb         +Jeffrey C. Hogue,   Tina L. Hogue,   403 Oak Grove Road,   Reading, PA 19601-1038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 01 2017 01:47:13
                 Financial Services Vehicle Trust,   5550 Britton Parkway,   Hilliard, OH 43026-7456
13687316        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 01 2017 01:47:20     BMW Financial Services,
                 P. O. Box 3608,   Dublin, OH 43016-0306
13708750        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 01 2017 01:47:13
                 BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH 43016
13690330       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 01 2017 01:47:13
                 BMW Financial Services NA, LLC,   5550 Britton Parkway,   Hilliard, OH 43026-7456
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEFFREY C. HOGUE and TINA L. HOGUE, | ) | |
| | ) | |
| Debtors | ) | CASE NO. : 16-11569-REF |
| | ) | |
| FINANCIAL SERVICES VEHICLE TRUST, Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY C. HOGUE and TINA L. HOGUE, Respondents | ) | |
| and | ) | |
| FREDERICK L. REIGLE, Trustee | ) | |

## ORDER

AND NOW, upon consideration of Motion for Relief from Stay, it is hereby Ordered, Adjudged, and Decreed that the Motion is GRANTED.

Movant shall be and is hereby permitted to pursue its in rem remedies under state law in connection with the loan documents.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived. It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

**Date: June 30, 2017**

_____
Richard E. Fehling
U.S. BANKRUPTCY JUDGE