United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey C. Hogue  
Tina L. Hogue  
    Debtors

Case No. 16-11569-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Cathleen   Page 1 of 1   Date Rcvd: Jul 27, 2017  
                    Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13790472     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2017 01:49:20     Ditech Financial LLC,
      P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                                                     TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
        CHRISTOS A. KATSAOUNIS   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
         Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
        DAVID S. GELLERT   on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
        DAVID S. GELLERT   on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JASON BRETT SCHWARTZ   on behalf of Creditor   Financial Services Vehicle Trust
         jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        JILL MANUEL-COUGHLIN   on behalf of Creditor   CITIMORTGAGE, INC. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11569-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeffrey C. Hogue<br>403 Oak Grove Road<br>Reading PA 19601 | Tina L. Hogue<br>403 Oak Grove Road<br>Reading PA 19601 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 16: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-7785

Name and Address of Transferee:

New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/29/17

Tim McGrath
**CLERK OF THE COURT**