15-2163

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey C. Hogue<br>Tina L. Hogue<br>                      Debtor(s)<br>NEW PENN FINANCIAL LLC, DBA<br>SHELLPOINT MORTGAGE SERVICING<br>                      Movant<br>v.<br>Jeffrey C. Hogue<br>Tina L. Hogue<br> and<br>Frederick L. Reigle, Esquire<br>                      Respondents | 16-11569 REF<br><br>Chapter 13 Proceeding<br><br><br>Related to Document #24: |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

      Movant, NEW PENN FINANCIAL LLC, DBA SHELLPOINT MORTGAGE SERVICING, Successor in interest by way of assignment of claim by CitiMotgage, Inc. respectfully withdraws its Objection to Confirmation, which was filed on 05/18/2017, at docket #24.

                                      POWERS KIRN & ASSOCIATES, LLC

                                      By:  **/s/ Jill Manuel-Coughlin, Esquire**
                                      Attorney ID# 63252
                                      Eight Neshaminy Interplex, Suite 215
                                      Trevose, PA 19053
                                      Telephone: 215-942-2090
                                      E-mail: Jill@pkjllc.com
                                      Attorney for Movant
                                      Dated:  October 13, 2017

15-2163

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　　　　　　Debtor(s)<br>NEW PENN FINANCIAL LLC, DBA<br>SHELLPOINT MORTGAGE SERVICING<br>　　　　　　　　　　Movant<br>v.<br>Jeffrey C. Hogue<br>Tina L. Hogue<br>　and<br>Frederick L. Reigle, Esquire<br>　　　　　　　　　　Respondents | 16-11569 REF<br><br>Chapter 13 Proceeding<br><br>Related to Document #24: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 13, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

David S. Gellert, EsquireFrederick L. Reigle, Esquire
1244 W. Hamilton Street, Ste 2042901 St. Lawrence Avenue
Allentown, PA 18102P.O. Box 4010
Attorney for Debtor(s)Reading PA 19606
Trustee

**Parties Serviced via First Class Mail:**


POWERS KIRN & ASSOCIATES, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant