# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeffrey C. Hogue<br>         Tina L. Hogue<br><br>                         Debtors<br><br>Ditech Financial LLC, its successors and/or assigns<br>                         Movant<br>         vs.<br><br>Jeffrey C. Hogue<br>Tina L. Hogue<br>                         Respondents | CHAPTER 13<br><br><br><br>NO. 16-11569 REF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about April 14, 2017 (Document No. 43).

    Respectfully submitted,

    **/s/ Kevin G. McDonald, Esquire**
    Kevin G. McDonald, Esquire
    kmcdonald@kmllawgroup.com
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322
    Attorneys for Movant/Creditor

Dated: January 11, 2018