# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
   JEFFREY C. HOGUE            :     Bankruptcy No. 16-11569 REF
   TINA L. HOGUE               :
                               :     Chapter 13
      Debtors            :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 19th day of February, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 26, 2018 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  February 19, 2018                   s/   David S. Gellert
                                                         David S. Gellert, Esquire
                                                         David S. Gellert, P.C.
                                                         3506 Perkiomen Avenue
                                                         Reading, PA 19606
                                                         (610) 779-8000
                                                         Fax: (610) 370-1393