United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeffrey C. Hogue  
Tina L. Hogue  
    Debtors

Case No. 16-11569-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Feb 21, 2018  
Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
```
db/jdb      +Jeffrey C. Hogue,    Tina L. Hogue,    403 Oak Grove Road,    Reading, PA 19601-1038
cr           Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
               Reading, PA  19601-4300
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr          +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
cr          +New Penn Financial, LLC c/o Shellpoint Mortgage Se,    P.O. BOX 10675,
               GREENVILLE, SC 29603-0675
cr           New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
               Greenville, SC  29603-0675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2018 02:21:16
               BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Feb 22 2018 02:25:47
               Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr          +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 22 2018 02:20:57
               Financial Services Vehicle Trust,    5550 Britton Parkway,    Hilliard, OH 43026-7456
cr           E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 02:21:34     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
```
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
           Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
          DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
          DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
           jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC KMcDonald@blankrome.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                       :
    JEFFREY C. HOGUE              :         Bankruptcy No. 16-11569 REF
    TINA L. HOGUE                     :
                                               :         Chapter 13
               Debtors                    :

### ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, in the amount of $7,775.00 for compensation and the amount of $426.42 for reimbursement of expenses, is hereby approved; $2,360.00 of which has been paid.

BY THE COURT:

**Date: February 21, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge