Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (READING)

| | |
|---|---|
| IN RE:<br>    JEFFREY C. HOGUE<br>    TINA L. HOGUE<br>            DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 16-11569-REF |

### ORDER

AND NOW, this _____ day of _____ , 2018, upon the motion of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  249 Keats Drive Dr, Sinking Spring, PA 19608.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

**Date: March 19, 2018**

_____

UNITED STATES BANKRUPTCY JUDGE