United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey C. Hogue
Tina L. Hogue
    Debtors

Case No. 16-11569-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Mar 19, 2018
                  Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
```
db/jdb         +Jeffrey C. Hogue,    Tina L. Hogue,    403 Oak Grove Road,    Reading, PA 19601-1038
cr              Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
                 Reading, PA  19601-4300
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +New Penn Financial, LLC c/o Shellpoint Mortgage Se,    P.O. BOX 10675,
                 GREENVILLE, SC 29603-0675
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2018 01:54:29
                 BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 20 2018 01:51:49
                 Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 20 2018 01:54:44
                 Financial Services Vehicle Trust,    5550 Britton Parkway,    Hilliard, OH 43026-7456
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 01:54:40      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
```
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 13
```

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (READING)

| IN RE:<br>    JEFFREY C. HOGUE<br>    TINA L. HOGUE<br>        DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 16-11569-REF |
|---|---|

### ORDER

AND NOW, this _____ day of _____ , 2018, upon the motion of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  249 KEATS DRIVE DR, SINKING SPRING, PA 19608.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

**Date: March 19, 2018**

_____

UNITED STATES BANKRUPTCY JUDGE