```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                   Case No. 16-11569-elf
Jeffrey C. Hogue                                                         Chapter 13
Tina L. Hogue
              Debtors                     CERTIFICATE OF NOTICE

District/off: 0313-4         User: Stacey               Page 1 of 2              Date Rcvd: Nov 15, 2019
                             Form ID: pdf900            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         +Jeffrey C. Hogue,    Tina L. Hogue,    403 Oak Grove Road,    Reading, PA 19601-1038
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
                 Reading, PA  19601-4300
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +New Penn Financial, LLC c/o Shellpoint Mortgage Se,    P.O. BOX 10675,
                 GREENVILLE, SC 29603-0675
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10675,    GREENVILLE, SC 29603-0675
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +SYNCHRONY BANK,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             +U.S. Bank National Association, not individually b,    P.O. Box 10826,
                 Greenville, SC 29603-0826
cr             +U.S. Bank National Association, not individually b,    NewRez LLC DBA Shellpoint Mortgage Servi,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2019 04:07:09
                 BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2019 04:07:34
                 BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2019 04:04:18
                 Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 16 2019 04:08:00
                 Financial Services Vehicle Trust,    5550 Britton Parkway,    Hilliard, OH 43026-7456
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:27     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Stacey              Page 2 of 2              Date Rcvd: Nov 15, 2019
                              Form ID: pdf900           Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
              JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC, its successors and/or assigns
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　Debtors<br><br>NEWREZ, LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING<br>　　　　　Movant<br>　　vs.<br><br>Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　Debtors<br><br>Dolores J. Kauffman<br>　　　　　Co-Debtor<br><br>Scott Waterman, Esquire<br>　　　　　Trustee | CHAPTER 13<br>BK NO: 16-11569 ELF |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby

**ORDERED** that the deadline to file the Stipulation be extended to **December 6, 2019**.

Dated: 11/14/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**