# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　Debtors<br><br>NEWREZ, LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING<br>　　　　　Movant<br>　　vs.<br><br>Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　Debtors<br><br>Dolores J. Kauffman<br>　　　　　Co-Debtor<br><br>Scott Waterman, Esquire<br>　　　　　Trustee | CHAPTER 13<br>BK NO: 16-11569 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

**ORDERED** that the deadline to file the Stipulation is extended to **January 10, 2020**.

Dated: 12/24/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**