**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Jeffrey C. Hogue** | **:** | **Chapter 13** |
| **Tina L. Hogue,** | | |
| | **:** | |
| **Debtors.** | **:** | **Case No. 16-11569 (PMM)** |

_____

## ORDER DENYING MOTION FOR LACK OF PROSECUTION

This  27th  day of March, 2020, upon consideration of the Motion for Relief from Stay filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing (doc. no. 83, the "Motion");

**AND** the Motion was first listed for a hearing before this court on July 23, 2019;

**AND**, following several continuances, the Motion was reported as settled by the parties on October 10, 2019;

**AND** the parties have received three (3) extensions to file the reported stipulation with the court; see doc. #'s 91, 94, 96;

**AND** the most recent deadline for the filing of the stipulation was January 10, 2020;

**AND** the parties have neither filed the stipulation as scheduled and nor have they filed additional pleadings with regard to the status of the Motion;

**AND**, therefore, the Motion is **denied** for lack of prosecution.

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge