United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-11569-pmm
Jeffrey C. Hogue                                                                        Chapter 13
Tina L. Hogue
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR                 Page 1 of 2              Date Rcvd: Mar 30, 2020
                               Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db/jdb         +Jeffrey C. Hogue,    Tina L. Hogue,    403 Oak Grove Road,    Reading, PA 19601-1038
cr              Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
                 Reading, PA  19601-4300
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +New Penn Financial, LLC c/o Shellpoint Mortgage Se,    P.O. BOX 10675,
                 GREENVILLE, SC 29603-0675
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10675,    GREENVILLE, SC 29603-0675
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +SYNCHRONY BANK,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             +U.S. Bank National Association, not individually b,    P.O. Box 10826,
                 Greenville, SC 29603-0826
cr             +U.S. Bank National Association, not individually b,    NewRez LLC DBA Shellpoint Mortgage Servi,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2020 08:47:25
                 BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 31 2020 08:44:40
                 BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 31 2020 08:28:23
                 Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 31 2020 08:42:30
                 Financial Services Vehicle Trust,    5550 Britton Parkway,    Hilliard, OH 43026-7456
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 08:42:19     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net

```
District/off: 0313-4          User: SaraR                Page 2 of 2                    Date Rcvd: Mar 30, 2020
                              Form ID: pdf900            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JASON BRETT SCHWARTZ   on behalf of Creditor   Financial Services Vehicle Trust
           jschwartz@mesterschwartz.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   CITIMORTGAGE, INC. bankruptcy@powerskirn.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC, its successors and/or assigns
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Jeffrey C. Hogue** | : | Chapter 13 |
|     **Tina L. Hogue,** | | |
| | : | |
|     **Debtors.** | : | Case No. 16-11569 (PMM) |
| _____ | | |

## ORDER DENYING MOTION FOR LACK OF PROSECUTION

This  27th  day of March, 2020, upon consideration of the Motion for Relief from Stay filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing (doc. no. 83, the "Motion");

**AND** the Motion was first listed for a hearing before this court on July 23, 2019;

**AND**, following several continuances, the Motion was reported as settled by the parties on October 10, 2019;

**AND** the parties have received three (3) extensions to file the reported stipulation with the court; see doc. #'s 91, 94, 96;

**AND** the most recent deadline for the filing of the stipulation was January 10, 2020;

**AND** the parties have neither filed the stipulation as scheduled and nor have they filed additional pleadings with regard to the status of the Motion;

**AND**, therefore, the Motion is **denied** for lack of prosecution.

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge