Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-11569-PMM

JEFFREY C. HOGUE  
TINA L. HOGUE  
403 OAK GROVE ROAD  
READING  PA  19601

Petition Filed Date: 03/09/2016  
341 Hearing Date: 06/14/2016  
Confirmation Date: 01/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2019 | $3,460.00 | | 03/27/2019 | $1,730.00 | | 05/20/2019 | $1,733.00 | Monthly Plan P |
| 06/17/2019 | $1,738.00 | Automatic Payr | 07/15/2019 | $1,738.00 | Automatic Payr | 08/15/2019 | $1,738.00 | Automatic Payr |
| 09/16/2019 | $1,738.00 | Automatic Payr | 10/16/2019 | $1,738.00 | | 11/18/2019 | $1,738.00 | |
| 12/16/2019 | $1,738.00 | | 01/15/2020 | $1,738.00 | | 02/18/2020 | $1,738.00 | |
| 03/16/2020 | $1,738.00 | | 04/15/2020 | $1,738.00 | | 05/18/2020 | $1,738.00 | |
| 06/15/2020 | $1,738.00 | | 07/15/2020 | $1,738.00 | | | | |

**Total Receipts for the Period: $31,255.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $73,205.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | READING BASEBALL LP AKA READING FIGHTIN<br>»» 007 | Unsecured Creditors | $47,000.00 | $0.00 | $47,000.00 |
| 13 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $6,338.66 | $0.00 | $6,338.66 |
| 14 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $2,627.57 | $0.00 | $2,627.57 |
| 3 | BMW BANK OF NO AMERICA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA NA<br>»» 005 | Unsecured Creditors | $2,993.29 | $0.00 | $2,993.29 |
| 15 | CITIZENS BANK NA<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $15,342.38 | $0.00 | $15,342.38 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $14,075.43 | $0.00 | $14,075.43 |
| 10 | ECAST SETTLEMENT CORPORATION<br>»» 010 | Unsecured Creditors | $1,308.74 | $0.00 | $1,308.74 |
| 11 | ECAST SETTLEMENT CORPORATION<br>»» 011 | Unsecured Creditors | $4,479.28 | $0.00 | $4,479.28 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Creditors | $133.76 | $133.76 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08S | Secured Creditors | $32,606.93 | $27,314.07 | $5,292.86 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Creditors | $3.40 | $3.40 | $0.00 |

**Chapter 13 Case No. 16-11569-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04S | Secured Creditors | $18,084.44 | $15,148.90 | $2,935.54 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $8.65 | $0.00 | $8.65 |
| 16 | SHELLPOINT MORTGAGE SERVICING<br>»» 016 | Mortgage Arrears | $20,464.58 | $17,142.71 | $3,321.87 |
| 6 | NEWREZ LLC D/B/A<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK NA<br>»» 012 | Mortgage Arrears | $1,553.43 | $1,301.30 | $252.13 |
| 17 | DAVID S GELLERT ESQ<br>»» 017 | Attorney Fees | $5,841.42 | $5,841.42 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $73,205.00 | Current Monthly Payment: | $1,730.00 |
| Paid to Claims: | $66,885.56 | Arrearages: | $3,345.00 |
| Paid to Trustee: | $6,319.44 | Total Plan Base: | $88,660.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.