**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　Movant<br>　　vs. | NO. 16-11569 PMM |
| Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman Esq.<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this 24th day of September, 2020 at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *August 5, 2020* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Jeffrey C. Hogue
403 Oak Grove Road
Reading, PA 19601

Tina L. Hogue
403 Oak Grove Road
Reading, PA 19601

David S. Gellert Esq.
3506 Perkiomen Avenue (VIA ECF)
Reading, PA 19606

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532