United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11569-pmm
Jeffrey C. Hogue                                                    Chapter 13
Tina L. Hogue
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2               Date Rcvd: Sep 24, 2020
                            Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
```
db/jdb       +Jeffrey C. Hogue,   Tina L. Hogue,   403 Oak Grove Road,   Reading, PA 19601-1038
cr            Berks County Tax Claim Bureau,   2nd Flr., County Services Center,   633 Court St.,
               Reading, PA  19601-4300
cr           +DITECH FINANCIAL LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr           +Ditech Financial LLC FKA Green Tree Servicing LLC,   PO BOX 6154,   Rapid City, SD 57709-6154
cr           +Ditech Financial LLC FKA Green Tree Servicing LLC,   14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
cr           +New Penn Financial, LLC c/o Shellpoint Mortgage Se,   P.O. BOX 10675,
               GREENVILLE, SC 29603-0675
cr            New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
               Greenville, SC  29603-0826
cr            New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
               Greenville, SC  29603-0675
cr           +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   c/o ShellPoint Mortgage Servicing,
               PO BOX 10675,   GREENVILLE, SC 29603-0675
cr           +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   c/o ShellPoint Mortgage Servicing,
               PO BOX 10826,   GREENVILLE, SC 29603-0826
cr           +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   c/o Shellpoint Mortgage Servicing,
               PO BOX 10826,   GREENVILLE, SC 29603-0826
cr           +SYNCHRONY BANK,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
cr           +U.S. Bank National Association, not individually b,   P.O. Box 10826,
               Greenville, SC 29603-0826
cr           +U.S. Bank National Association, not individually b,   NewRez LLC DBA Shellpoint Mortgage Servi,
               PO BOX 10826,   GREENVILLE, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 25 2020 04:44:25
               BMW Financial Services NA, LLC,   P.O. Box 201347,   Arlington, TX 76006-1347
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 25 2020 04:44:40
               BMW Financial Services NA, LLC,   4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
cr           +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 25 2020 04:44:09
               Financial Services Vehicle Trust,   5550 Britton Parkway,   Hilliard, OH 43026-7456
cr            E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 04:44:22      Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +DITECH FINANCIAL LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
```
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
              DAVID S. GELLERT    on behalf of Debtor Jeffrey C. Hogue dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Tina L. Hogue dsgrdg@ptdprolog.net
```

```
District/off: 0313-4            User: SaraR                 Page 2 of 2                  Date Rcvd: Sep 24, 2020
                                Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@powerskirn.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Ditech Financial LLC Josh.Goldman@padgettlawgroup.com,
               kevin.shatley@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC, its successors and/or assigns
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　Movant<br>　vs.<br><br>Jeffrey C. Hogue<br>Tina L. Hogue<br>　　　　　Debtor(s)<br><br>Scott Waterman Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-11569 PMM<br><br><br>11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, this 24th day of September, 2020 at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *August 5, 2020* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*/s/ Patricia M. Mayer/*
_____
United States Bankruptcy Judge.

cc: See attached service list

Jeffrey C. Hogue
403 Oak Grove Road
Reading, PA 19601

Tina L. Hogue
403 Oak Grove Road
Reading, PA 19601

David S. Gellert Esq.
3506 Perkiomen Avenue (VIA ECF)
Reading, PA 19606

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532